DKK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FRANK JAMES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

22-MJ-429

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David K. Kessler, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
              April 13 , 2022

                                    */s/ Roanne L. Mann*
                                    HONORABLE ROANNE L. MANN
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK