# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 13, 2022

*Application granted.*
*Roanne L. Mann*
*4/13/22*

Honorable Roanne L. Mann
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Frank James*, 22-MJ-429

Dear Judge Mann:

We write to respectfully request that you appoint Federal Defenders of New York to represent Frank James, who was charged today by Complaint in 22-MJ-429. It is our understanding that Mr. James is currently in custody and will be presented in court tomorrow. Because he has already been charged, and so that we can invoke his right to counsel, if he so wishes, we ask that you appoint us to represent him immediately.

Respectfully submitted,
/s/
Deirdre von Dornum, Attorney-in-Charge
Mia Eisner-Grynberg, Assistant Federal Defender
Federal Defenders of New York

cc:   AUSA Sara Winik